# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALLEY BOYS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV159** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **STATE FARM FIRE AND** | ) | **ORDER** |
| **CASUALTY COMPANY, incorrectly** | ) | |
| **named as,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Childress Duffy, Ltd.'s unopposed motion to withdraw as counsel for Plaintiff.  (Filing 29.)  Upon the representation that Plaintiff will remain represented in this action, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1.   The Unopposed Motion to Withdraw (filing 29) is granted.

2.   The Clerk of Court shall terminate the appearances of Edward Eshoo, Jr. and the law firm of Childress Duffy, Ltd. as counsel for Plaintiff and shall terminate future notices to them in this action.

**DATED December 9, 2014.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**