IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VALLEY BOYS, INC.,

        Plaintiff,

        v.

STATE FARM INSURANCE COMPANY,

        Defendant.

**8:14CV159**

**SCHEDULING ORDER**

This matter is before the court on a report of the Special Master.  After a meeting between the Special Master and counsel for all parties on the 3rd day of June, 2015, the parties agreed on certain deadlines.  Accordingly,

IT IS HEREBY ORDERED that the following deadlines are set:

1.      June 22, 2015 - Claim Summary spreadsheet attached to Complaint to be modified and submitted to opposing counsel and Special Master

2.      June 29, 2015 - Both parties will identify the names of five (5) homeowner claims in which they seek to conduct discovery. They will also identify what documents they seek in those five (5) cases from the other party. Lastly, they will identify which (up to) three individuals they wish to depose in each homeowner claim. July 17, 2015 - All documents requested shall be exchanged by this date.

3.      August 10, 2015 thru October 26, 2015 - All depositions to be conducted during this time frame.

4.      October 26, 2015 - Discovery ends.

5.      November 10, 2015 - Meeting in Omaha, Nebraska, at the offices of the Special Master with counsel for both parties (counsel may attend telephonically if they wish).

Dated this 9th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge