IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE FARM INSURANCE COMPANY,<br><br>                    Defendant. | **8:14CV159**<br><br>**AMENDED SCHEDULING ORDER** |

This matter is before the court after a conference with the parties. The parties agreed on the extensions of certain deadlines. Accordingly,

IT IS HEREBY ORDERED that the deadlines are modified as follows:

1. The Claim Summary spreadsheet attached to the Complaint is to be modified and submitted to opposing counsel and the Special Master by July 6, 2015 (in groups of 50 claims on June 22, 2015; 50 claims on June 29, 2015; and 54 claims on July 6, 2015).

2. July 13, 2015 - Both parties will identify the names of five (5) homeowner claims in which they seek to conduct discovery. They will also identify what documents they seek in those five (5) cases from the other party. Lastly, they will identify which (up to) three individuals they wish to depose in each homeowner claim. July 31, 2015 - All documents requested shall be exchanged by this date.

3. August 10, 2015 thru October 26, 2015 - All depositions to be conducted during this time frame.

4. October 26, 2015 - Discovery ends.

5. November 10, 2015 - Meeting in Omaha, Nebraska, at the offices of the Special Master with counsel for both parties (counsel may attend telephonically if they wish).

Dated this 11th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge