IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>                Defendant. | **8:14CV159**<br><br><br>**ORDER** |

      This matter is before the court on a recommendation of the Special Master. The parties request a thirty day extension of the remaining deadlines in the court's scheduling order dated June 11, 2015. The Special Master recommends that the request be granted. Accordingly,

      IT IS HEREBY ORDERED:

      1.    The Amended Scheduling Order (Filing No. 53) is modified as follows: All depositions shall be conducted on or before November 30, 2015; discovery ends on November 30, 2015; the parties shall meet in Omaha, Nebraska, at the offices of the Special Master either in person or by telephone on December 10, 2015.

      DATED this 15th day of October, 2015.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge