IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>　　　　　Defendant. | **8:14CV159** |
| VALLEY BOYS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE<br>AND CASUALTY COMPANY,<br><br>　　　　　Defendant. | **8:15CV175**<br><br><br><br>**ORDER** |

This matter is before the court on the recommendations of the Special Master. The Special Master reports that the claims found at Case No. 8:15-CV-175 ("new action") involve approximately fifty-six (56) additional claims beyond those set forth in the original action, Case No. 8:14-CV-159, and are primarily similar to those in the original action, but may have some differences due to the facts that, inter alia, some of the claims may have arisen in Iowa and some of the claims may be from a different hail storm.

The Special Master recommends proceedings similar to those established in the original action. The court finds the special master's recommendations should be adopted. Accordingly,

IT IS ORDERED:

1. On or before December 21, 2015, the parties shall prepare and submit to the Special Master spreadsheets similar to those prepared in the original action, that is, spreadsheets described as (1) "Valley Boys Comparison Spreadsheet", (2) the "original spreadsheet" (containing 29 columns of claims as prepared by plaintiff), and (3) the "State Farm Claim Analysis Spreadsheet."

2. The depositions of the two party representatives on November 12, 2015, and November 19, 2015, are limited to the claims contained in the eight (8) claims selected out of the original action; any need for further depositions shall be addressed at a later time.

3. The court reporter is directed to make the November 12, 2015 deposition available to the Special Master (condensed copy, 4 to a page, one side) on or before November 20, 2015, and the November 19, 2015, deposition available to the Special Master no later than November 30, 2015.

4. On or before November 30, 2015, the parties shall provide to the Special Master, on eight (8) separate discs, the pictures they have in their files regarding the eight (8) chosen claims in the original action.

5. The meeting previously scheduled for December 10, 2015, is rescheduled to 9:00 a.m. on Wednesday, January 20, 2016, at the offices of Cassem, Tierney, Adams, Gotch & Douglas, 9290 West Dodge Road, Suite 302, Omaha, Nebraska 68114.

Dated this 19th day of November, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge