IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM INSURANCE COMPANY,<br><br>        Defendant. | **8:14CV159** |
| VALLEY BOYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE<br>AND CASUALTY COMPANY,<br><br>        Defendant. | **8:15CV175**<br><br><br><br><br><br>**ORDER** |

This matter is before the court on the recommendations of the Special Master. The court finds the recommendations should be adopted. Accordingly,

IT IS HEREBY ORDERED;

1. The parties shall complete the depositions of Steve Shannon (Valley Boys' representative) and Dan Plucknett (State Farm's representative) by December 31, 2015, subject to the following conditions: The remaining deposition time shall be limited to fourteen (14) hours and two (2) days divided as follows: the opposing examining attorney shall have eleven (11) hours to examine the other party's representative and the representative may then be "cross examined" by his own party's counsel for up to three (3) hours if counsel so chooses,

otherwise, each deposition will conclude after no more than eleven (11) hours of further deposition time.

2. Mr. Shannon and Mr. Plucknett are the only two who will be deposed in this phase of discovery.

3. The parties shall provide to the Special Master a summary of what they consider to be the highlights or important points in the deposition, with cites to the deposition within two (2) weeks of the conclusion of each deposition.

4. The meeting previously scheduled to occur on January 20, 2016, is postponed to a date to be determined after the Special Master and his consultants have received the remaining deposition testimony summaries.

DATED this 2nd day of December, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge