IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS, INC., | ) | |
| | ) | Case No. 8:14CV159 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHILDRESS DUFFY, LTD., | ) | |
| | ) | |
| Intervenor. | ) | |

This case came before the court for a status conference. Counsel for the parties appeared by telephone: Larry Bache and Matthew Saathoff represented the Valley Boys, and Daniel Fischer represented the Intervenor, Childress Duffy. After discussion regarding pending issues:

**IT IS ORDERED:**

1. The parties are granted until **April 24, 2017**, to continue discussions to resolve this matter.

2. If such an agreement cannot be reached, the parties shall submit a jointly proposed progression order by **April 27, 2017**. The proposed progression order should include a statement as to whether mediation with Michael Kinney, Special Master, is appropriate. Any objections to the proposed mediator must be specifically stated.

**Dated this 28th day of March 2017.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**