IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>STATE FARM INSURANCE COMPANY, <br><br>    Defendant, <br><br>CHILDRESS DUFFY, LTD., <br><br>    Intervenor. | **8:14CV159** |
| VALLEY BOYS, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, <br><br>    Defendant. | **8:15CV175** <br><br> **ORDER** |

This matter is before the court on the status report of the Special Master dated August 15, 2016. The court is advised that the above captioned cases between Valley Boys, Inc. and State Farm Insurance Company and State Farm Fire and Casualty Company have settled. Intervenor Childress Duffy, Ltd.'s action against Valley Boys, Inc. in Case No. 8:14cv159 will proceed to trial. Accordingly,

IT IS ORDERED:

1. Valley Boys, Inc.'s action against State Farm Fire and Casualty Company, Case No. 8:15cv175, is dismissed with prejudice, the parties to pay their own costs.

2. State Farm Insurance Company is dismissed as a party defendant in Valley Boys, Inc. v. State Farm Insurance Company, Case No. 8:14cv159.

3. The Clerk of Court is directed to correct the caption on the docket accordingly in Case No. 8:14cv159.

Dated this 29th day of December, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge